UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MEJIA,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00075-SB-SK<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to the parties' stipulation, Dkt. No. 17, this action is dismissed with prejudice, with each party responsible for its/his own attorney fees and costs with respect to this action. The case is now permanently closed.

DATED: May 2, 2025

By: _____
Stanley Blumenfeld, Jr.
United States District Judge

181195905.1